■ JOSEPH HARRIS, Appellant, v. NICOLINA PALIOTTO, Respondent, et al., Defendants.—Motion referred to the court that rendered the decision. Present—Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Motion to extend time to serve an amended

answer granted and time extended until 10 days after the entry of the order hereon. Present — Nolan, P. J., Wenzel, Beldock, Hallinan and Kleinfeld, JJ. [See *ante*, p. 851.]